JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY JAMES MEDRANO,<br>Petitioner,<br>v.<br>KEVIN HIXTON, Acting Warden,<br>Respondent. | No. 2:23-cv-06431-MRA-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied, and the action is dismissed with prejudice.

DATED: April 29, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE